IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 4:00-2858-PMD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| VERNELLE ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

This foreclosure action was commenced on September 13, 2000. Before completion of this action, Vernelle Robinson filed for bankruptcy under Title 11, Chapter 13, United States Code. Thereafter, an Order of Abstention was filed, and further foreclosure proceedings were statistically stayed pending disposition of the bankruptcy case. It now appears that the bankruptcy Court has dismissed that case, and the mortgage account has been paid current.

IT IS ORDERED that this case be, and the same hereby is, dismissed without prejudice.

Clerks of the Federal District Court and the appropriate County Court are authorized and directed to cancel of record any Lis Pendens which may have heretofore been filed in this action.

S/**Patrick Michael Duffy**
UNITED STATES DISTRICT JUDGE

**Charleston**        , South Carolina

**April 19**          , 2005